■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PAUL, Appellant. [604 NYS2d 810] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chetta, J.), rendered April 11, 1988, convicting him of rape in the first degree, sodomy in the first degree, and sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the People did not establish the requisite element of forcible compulsion, raised for the first time on appeal, is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858). In any event, viewing the evidence adduced at trial in a light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt

was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Thompson, J. P., Sullivan, Ritter and Joy, JJ., concur.